# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3506

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the Eastern |
| | * District of Arkansas. |
| Treston Dishongh Harris, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: March 21, 2011
Filed: March 31, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Treston Dishongh Harris appeals the sentence the district court[1] imposed after he pled guilty to conspiring to distribute more than 5 grams of a mixture or substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and § 846 (2009). Counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

We conclude that the district court committed no procedural error in sentencing Harris, and that the court imposed a substantively reasonable sentence.  See Gall v. United States, 552 U.S. 38, 51 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, and then considers substantive reasonableness of sentence under abuse-of-discretion standard); United States v. Haack, 403 F.3d 997, 1004 (8th Cir. 2005) (describing ways in which court might abuse its discretion at sentencing).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____